NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


LOUBERT JULES,                          )
                                        )
            Appellant,                  )
                                        )
v.                                      )       Case No.  2D17-448
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
_____)

Opinion filed September 12, 2018.

Appeal from the Circuit Court for Lee
County; Margaret O. Steinbeck, Judge.

Loubert Jules, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Katherine Coombs Cline,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.

            Affirmed.


LaROSE, C.J., and SILBERMAN and LUCAS, JJ., Concur.